1  Aaron S. Welling (#024840)
   PERKINS COIE LLP
2  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
3  AWelling@perkinscoie.com
   DocketPHX@perkinscoie.com
4  Telephone: 602.351.8000
   Facsimile: 602.648.7000

*Attorneys for Defendant*
*BAE Systems Protection Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| COLETTE CARPENTER, individually and as Administrator of the Estate of CLAYTON O. CARPENTER, deceased; JON TERNSTROM, an individual; MARIA TERNSTROM, an individual; CAMERON WITZLER, an individual; and MICHELLE WITZLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAE SYSTEMS PROTECTION SYSTEMS, INC.,<br><br>Defendant,<br><br>PAUL CARPENTER, an individual,<br><br>Nominal Defendants. | No. 2:15-cv-01694-DLR<br><br>**CORPORATE DISCLOSURE STATEMENT OF BAE SYSTEMS PROTECTION SYSTEMS, INC.** |

This Corporate Disclosure Statement is filed on behalf of BAE Systems Protection Systems, Inc., in compliance with the provisions of:

 x   Rule 7.1, Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**BAE Systems Protection Systems, Inc., hereby declares as follows:**

___     No such corporation.

_x_     Defendant is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

> BAE Systems plc, which is publicly traded, is the parent of BAE Systems Holdings, Ltd.;
> BAE Systems Holdings Ltd. is the parent of BAE Systems Holdings, Inc.;
> BAE Systems Holdings, Inc., is the parent of BAE Systems, Inc.;
> BAE Systems, Inc., is the parent of Armor Holdings, Inc.;
> Armor Holdings, Inc. is the parent of Defendant

___     Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

___     Other (please explain)

**A Supplemental disclosure statement will be filed upon any change in the information provided herein.**

| | | |
|---|---|---|
| 1 | Dated: September 24, 2015 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: *s/ Aaron S. Welling* |
| | | Aaron S. Welling |
| 4 | | 2901 North Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012-2788 |
| 5 | | |
| 6 | | Attorneys for Defendant BAE Systems Protection Systems, Inc. |

# CERTIFICATE OF SERVICE

☒ I hereby certify that on September 24, 2015, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

C. Lincoln Combs (*lincoln.combs@gknet.com*)

Timothy A. Loranger (*tloranger@baumhedlundlaw.com*)

☒ I hereby certify that on September 24, 2015, I served the attached document by U.S. First Class Mail on Judge Douglas L. Rayes, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

*s/ Kaye Leach*

127964124.1